**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-20087-KMW

DOUG LONGHINI,

       Plaintiff,

v.

INVERSIONES CARIBE,
L.L.C., and LUCY'S CAFE
RESTAURANT INC., D/B/A
LUCY'S CAFE,

       Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, and Defendants, INVERSIONES CARIBE, L.L.C. and LUCY'S CAFE RESTAURANT INC., D/B/A LUCY'S CAFE, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 20, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Todd W. Shulby* |
| BEVERLY VIRUES | TODD W. SHULBY |
| Florida Bar No. 123713 | Florida Bar No. 068365 |
| GARCIA-MENOCAL, P.L. | TODD W. SHULBY, P.A. |
| 350 Sevilla Avenue, Suite 200 | 1792 Bell Tower Lane |
| Coral Gables, Florida 33134 | Weston, Florida 33326 |
| Telephone: (305) 553- 3464 | Telephone: (954) 530-2236 |
| Email: bvirues@lawgmp.com | Facsimile: (954) 530-6628 |
| *Counsel for Plaintiff* | Email: tshulby@shulbylaw.com |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 20, 2024.

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail:  bvirues@lawgmp.com
Secondary  E-Mail:  amejias@lawgmp.com;
aquezada@lawgmp.com


By: ___/s/_Beverly Virues_____
        BEVERLY VIRUES